IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EELEN KUFNER, | No. C 00-0352 MEJ |
| Plaintiff(s), | **ORDER FOR PARTIES TO FILE STATUS LETTER** |
| vs. | |
| RON COSTA, et al., | |
| Defendant(s). | |

On March 23, 2006, the parties in the above-captioned matter filed a status letter in which they requested that the Court put this matter over for an additional six months pending a final fairness hearing. As more than a year has passed since that request, the Court ORDERS the parties to file a joint status letter by January 9, 2007.

**IT IS SO ORDERED.**

Dated: December 14, 2007

MARIA-ELENA JAMES
United States Magistrate Judge