IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLEN KUFNER,                                            No. C 00-0352 MEJ

        Plaintiff(s),                          **ORDER RE INCLUSION IN**
    vs.                                                   **ELECTRONIC FILING PROGRAM**

RON COSTA, et al.,

        Defendant(s).
_____/

    As all parties in the above-captioned matter are represented by counsel that has registered for the ECF system, the Court finds this case appropriate for inclusion in the electronic filing program. Accordingly, all future filings by the parties shall comply with the requirements of General Order No. 45. The parties shall ensure that a chambers copy of any filed document is provided to chambers by noon of the next business day.

    **IT IS SO ORDERED.**

Dated: December 14, 2007

                                                        MARIA-ELENA JAMES
                                                        United States Magistrate Judge