1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLEN KUFNER,

        Plaintiff(s),

  vs.

RON COSTA, et al.,

        Defendant(s).
                                  /

No. C 00-0352 MEJ

**CORRECTION TO ORDER FOR PARTIES TO FILE STATUS LETTER (DOC. #29)**

On December 14, 2007, the Court ordered the parties to file a status letter by January 9, 2007.  The correct deadline for filing the letter is January 9, 2008.

**IT IS SO ORDERED.**

Dated: December 14, 2007

                                              MARIA-ELENA JAMES
                                              United States Magistrate Judge